IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
JUN 21 2011
DAVID J. MALAND, CLERK
BY
DEPUTY ________________

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NO. 4:11CR67 |
| v. | § | |
| | § | |
| TRAVIS HUNTER BLANK | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On June 3, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress Statements and Evidence Fourth and Fifth Amendment Violations (Dkt. 19) be DENIED.

There being no objections by Defendant, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

It is, therefore, **ORDERED** that Defendant's Motion to Suppress Statements and Evidence Fourth and Fifth Amendment Violations (Dkt. 19) is DENIED.

**IT IS SO ORDERED.**

**SIGNED** this 20th day of June, 2011.

Richard A. Schell
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE